# MAXIM MAXIMOV, LLP

__ATTORNEYS AT LAW__

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

January 14, 2016

**VIA ECF**
Honorable Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Case No. 1:15-cv-03115-FB-JO
      **Perlstein v. Law Offices of Peter Cipparulo, III, LLC**

Dear Honorable Magistrate Judge Orenstein:

      I represent the plaintiff in the above referenced matter.  This matter settled on November 4, 2015 (Docket No. 17).  On November 4, 2015, Your Honor ordered the filing of a stipulation of dismissal on or before December 17, 2015.  On December 15, 2015, I filed a letter motion requesting an extension of time to file a stipulation of dismissal until January 15, 2015 (Docket No. 18).  On December 15, 2015, Your Honor granted the motion and ordered the filing of either a stipulation of dismissal or a status report letter as to the settlement.  As of today, the settlement documentation has been drafted and is awaiting my client's execution of same.  I will once again follow up with my client.  Thank you for Your Honor's time and attention to this matter.

      Very truly yours,

      /s/ Maxim Maximov

      Maxim Maximov, Esq.